IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00840-REB-KMT

CYNTHIA L. SEIFRIED,

    Plaintiff,

v.

MATHEW J. SHEFLIN, and
MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico corporation, authorized to transact business in Colorado,

    Defendants.

## ORDER OF DISMISSAL
## AS TO DEFENDANT MATHEW J. SHEFLIN ONLY

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal of Mathew J. Sheflin, Only, With Prejudice** [#11] filed May 29, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant, Mathew J. Sheflin, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal of Mathew J. Sheflin, Only, With Prejudice** [#11] filed May 29, 2008, is **APPROVED**;

2. That plaintiff's claims against defendant Mathew J. Sheflin are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant, Mathew J. Sheflin, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 30, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**