IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00840-REB-KMT

CYNTHIA L. SEIFRIED,

    Plaintiff,

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico corporation, authorized to transact business in Colorado,

    Defendant.

# MINUTE ORDER[1]

    The matters before the court are: (1) defendant's **Motion For Leave To File Sur-Reply** [#17] filed June 11, 2008; and (2) **Plaintiff's Sur Reply To Defendant's Sur Response Re: Motion For Remand** [#22] filed June 26, 2008. After review of the file, the court has concluded that the motion should be denied and that the sur reply filed by the plaintiff should be stricken.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Motion For Leave To File Sur-Reply** [#17] filed June 11, 2008, is **DENIED**; and

    2. That **Plaintiff's Sur Reply To Defendant's Sur Response Re: Motion For Remand** [#22] filed June 26, 2008, is **STRICKEN**. Sur-replies are not contemplated by the Local Rules of this court and will be stricken when filed without the express permission of the court.

    Dated: June 27, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.